IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LAVONNE ANGELA HUTCHINSON LIPFORD,**

    **Plaintiff,**

v.                          Case No. 1:17cv260-MW/GRJ

**NANCY A. BERRYHILL,**
**Acting Commissioner of the**
**Social Security Administration,**

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 22, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 25. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**. Plaintiff's request for oral argument is **DENIED**." The Clerk shall close the file.

**SO ORDERED on February 20, 2019.**

                                                 s/Mark E. Walker           
                                                 **Chief United States District Judge**